AUGUST 8, 2002

No. 01–1390. ROSMER v. PFIZER, INC. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 01–1793. DUKE UNIVERSITY ET AL. v. MILON ET UX. Sup. Ct. N. C. Certiorari dismissed under this Court's Rule 46.1.

AUGUST 14, 2002

No. 74, Orig. GEORGIA v. SOUTH CAROLINA. Bill of complaint dismissed under this Court's Rule 46.1. [For earlier decision herein, see, *e. g.*, 497 U. S. 376.]

No. 02–5827 (02A138). IN RE BASILE. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 02–5752 (02A122). SUAREZ MEDINA v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

AUGUST 15, 2002

No. 02–5823 (02A136). IN RE FUGATE. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.